UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

TIFFNEY CANADA o/b/o R.C.   CIVIL ACTION NO. 08-cv-0539

VERSUS   JUDGE HICKS

U.S. COMMISSIONER OF SOCIAL   MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to deny benefits is **affirmed** and Plaintiff's complaint is **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 20th day of January, 2010.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE